**Order entered September 8, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00366-CV

**VILLAGES OF SANGER, LTD., ET AL., Appellants**

**V.**

**INTERSTATE 35/CHISAM ROAD, L.P., ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01029**

## ORDER

We **GRANT** appellants' September 6, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **OCTOBER 10, 2016**.  No further extension will be granted absent extenuating circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE